BEFORE THE SECOND DIVISION; MAY 26, 1939

**No. 41417.**—Protests 472369–G, etc., of Max Greenberg & Co. et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 37230 articles composed in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31 as claimed.   Alençon lace the same as that the subject of *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) was held dutiable at 75 percent under paragraph 1430.

**No. 41418.**—Petition 5536–R of Strauss-Eckardt Co., Inc. (Galveston).

Opinion by TILSON, J.   On the record presented it was found that there was no intention to defraud the revenue of the United States.   The petition was therefore granted.

**No. 41419.**—Protest 954735–G of Maggi Co., Inc. (New York).

Opinion by KINCHELOE, J.   On the record presented the merchandise in question was held dutiable as lithographic prints at 8¾ cents under paragraph 1406 as claimed.

**No. 41420.**—Protest 935162–G of Nippon Dry Goods Co. (Seattle).

Opinion by KINCHELOE, J.   Samples were analyzed and found to be woven with two kinds of filling.   The protest was therefore overruled.

**No. 41421.**—Protest 672964–G of Associated Manufacturers Importing Co. (San Francisco).

Opinion by KINCHELOE, J.   On the record presented the coir mats in question which were found to be bound around the edges with hand-made braid were held dutiable at 90 percent under paragraph 1529 (a) as claimed.   *Penn* v. *United States* (C. D. 146) and *Associated Manufacturers Importing Co.* v. *United States* (T. D. 48586) followed.

**No. 41422.**—Protest 545425–G of Joshua Hoyle & Sons, Ltd. (New York).

Opinion by KINCHELOE, J.   On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 41423.**—Petition 5848–R of J. W. S. Trading Co., Inc. (Savannah).

Opinion by KINCHELOE, J.   Being satisfied from the record that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case, the court granted the petition.   *Linen Thread Co.* v. *United States* (13 Ct. Cust. Appls. 395, T. D. 41322) followed.